IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE LYNN STROUD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:25cv726-MHT |
| | ) | (WO) |
| JIMMY ABBET, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER and JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 20) to the United States Magistrate Judge's recommendation are overruled.

(2) The magistrate judge's recommendation (Doc. 18) is adopted.

(3) This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

(4) The pending motion to dismiss (Doc. 15) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2